The People of the State of Illinois, defendant in error, v. Luis Brito, plaintiff in error. Gen. No. 29,079.

Charge of encouraging delinquency of girl 17 years old, enticing her from home and having sexual intercourse with her. Verdict of guilty. Sentenced to house of correction for one year and fined. Error to the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed. Opinion filed December 7, 1923.

Louis J. Du Rocher, for plaintiff in error; Walter T. Quigley and D. L. Marcuelo, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Julian Molina, plaintiff in error. Gen. No. 29,080.

Charge of encouraging delinquency of minor female. Consolidated with People v. Brito, ante. Verdict of guilty. Sentence of one year in house of correction and fine. Error to the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed. Opinion filed December 7, 1923.

Louis J. Du Rocher, for plaintiff in error; Walter T. Quigley and D. L. Marcuelo, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Frank Oschotz, appellee, v. Harold J. Coleman et al., appellants. Gen. No. 28,333.

Foreclosure of trust deed. Cross-bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed in part and reversed in part. Opinion filed December 10, 1923.

L. A. Sherwin, for appellants. D. J. Normoyle, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

In re estate of Otto Pertsch, deceased, appellee, v. Republic Securities Corporation, appellant. Gen. No. 28,360.

Suit on note against estate of deceased. Judgment for defendant estate. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed December 10, 1923.

Adams, Follansbee, Hawley & Shorey, for appellant; Mitchell D. Follansbee, John E. Gavin and Joseph A. Struett, of counsel. Peden, Graydon, Kahn & Murphy, for appellee; Morris K. Levinson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.